IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBE TURNER, LLC | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-6673 |
| | : | |
| CONVERSATIONPRINTS, LLC | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 13th day of August, 2025, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 13), and all relevant filings submitted in support of its Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** as follows:

1. Defendant, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any one or more of them, are permanently restrained and enjoined from:

    a. Directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted maps or to participate in any such activity; and

    b. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of Plaintiff's copyrighted maps.

2. A telephonic hearing to determine statutory damages is set for **Thursday, August 28, 2025, at 2:30 P.M.** Counsel are directed to phone 855-244-8681 and enter access code 2309 902 3402 to participate.

3.   Plaintiff Globe Turner, LLC, shall file its request for reasonable attorney's fees within seven (7) days of the date of the statutory damages hearing.

4.   Defendant ConversationPrints, LLC, shall file any opposition to the reasonable attorney's fees request within fourteen (14) days of Plaintiff's filing.

5.   Post-judgment interest, at the annual percentage rate calculated under 28 U.S.C. § 1961, is payable on all the above-listed forthcoming amounts allowable by law from the date this judgment is entered until the date this judgment is paid.

6.   Plaintiff is directed to serve a copy of this Order and the accompanying Memorandum upon Defendant no later than August 20, 2025.

BY THE COURT:

*s/ Catherine Henry*
**HON. CATHERINE HENRY**
**United States District Court Judge**